UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| **CORY MCCRAW,** § | |
| § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. 5:23-CV-00001 |
| § | |
| **DAS LOGISTICS TRANSPORT, LLC** § | |
| **And GERALD CONROY BOYD,** § | |
| § | |
| Defendants. § | |

**JOINT NOTICE OF SETTLEMENT IN PRINCIPLE
AND MOTION TO VACATE ALL DEADLINES**

The parties respectfully notify the Court that the parties have agreed in principle to settle the above-captioned matter. This case was mediated on July 5, 2023, and the parties reached a settlement and signed a Mediated Settlement Agreement.

Counsel for the parties are in the process of preparing and finalizing the Settlement Release and Stipulated dismissal. The parties intend to file the dismissal documents as soon as practical, but respectfully ask that the parties be given reasonable time to address medical liens and an attorney fee lien. Accordingly, the parties respectfully request that the Court vacate all deadlines set forth in the May 19th, 2023, Amended Docket Control Order.

The parties are in the process of finalizing the medical lien reductions and should have the final lien amounts verified soon.

However, there is an issue regarding an attorney fee lien that is taking a little more time to resolve. Plaintiff's counsel has made several attempts to negotiate and resolve the lien with the prior attorney without success. However, Plaintiff's counsel will continue his best efforts to

1

resolve this issue as quickly as possible. Plaintiff's counsel has informed Defense counsel of the status of lien negotiations as well. If this issue cannot be resolved through negotiation discussions, Plaintiff's counsel may need to seek the Court's intervention to resolve the issue.

          Respectfully submitted,

**SOYARS & SOYARS, PLLC**

By: /s/ Matthew Q. Soyars /s/
Matthew Q. Soyars
State Bar No. 24037534
2323 Kennedy Lane
Texarkana, Texas 75503
Email: matthew@soyarsandsoyars.com
Telephone: 903-716-6555
Facsimile:  903-716-6556
**Attorney for Plaintiff**


**DAVID ALLEN LAW GROUP, PLLC**

By: /s/ Douglas K. Dunham /s/
David G. Allen
State Bar No. 00786972
Douglas K. Dunham
State Bar No. 06227720
12222 Merit Drive
Suite 1200
Dallas, Texas 75251
Email: dunham@dallenlg.com
Telephone: 214-748-5000
Facsimile:  214-748-1421
**Attorneys for Defendants
DAS Logistics Transport, LLC and
Gerald Conroy Boyd**

## CERTIFICATE OF CONFERENCE

I hereby certify to the Court that counsel have complied with Local Rule CV-7(h), and this Joint Notice of Settlement in Principle and Motion to Vacate All Deadlines is unopposed.

/s/ Matthew Q. Soyars /s/
Matthew Q. Soyars

## CERTIFICATE OF SERVICE

On August 10, 2023, I electronically served the foregoing document to all counsel of record electronically or by another manner authorized by the Federal Rules of Civil Procedure.

/s/ Matthew Q. Soyars /s/