IN THE UNITED STATES DISTRICT COURT
OF THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| **CORY MCCRAW** § | |
| § | |
| **V.** § | No. 5:23CV1-RWS-JBB |
| § | |
| **DAS LOGISTICS TRANSPORT, LLC** § | |
| **AND GERALD CONROY BOYD** § | |

## ORDER

Pursuant to the Court's Standing Order Regarding Proper Notification of Settlement to the Court in Cases Pending Before Judge Robert Schroeder, the parties have filed a Joint Notice of Settlement in Principle and Motion To Vacate All Deadlines (Dkt. No. 30), notifying the Court the parties have reached a settlement and signed a Mediated Settlement Agreement. According to the joint notice, the parties are in the process of preparing and finalizing the Settlement Release and Stipulated Dismissal but ask that they be given reasonable time to address medical liens and an attorney fee lien. If the attorney fee lien issue cannot be resolved through negotiation discussions, Plaintiff's counsel may need to seek the Court's intervention to resolve the issue. The parties request the court vacate all deadlines set forth in the May 19, 2023 Docket Control Order.

The Court is of the opinion the motion should be **GRANTED, as modified**. Rather than vacate all deadlines in the Docket Control Order, the Court stays all deadlines contained therein for forty-five (45) days pending finalization of the settlement. Accordingly, it is

**ORDERED** that all deadlines in the above-referenced cause of action are stayed for forty-five days pending finalization of the settlement. The parties or their counsel shall submit to the Court all papers necessary for the closing of this case and its removal from the active docket of this Court within forty-five days from the date of entry of this Order or advise the Court regarding the status

of the medical liens and attorney fee lien.

**IT IS SO ORDERED.**

SIGNED this the 11th day of August, 2023.

_____
J. Boone Baxter
UNITED STATES MAGISTRATE JUDGE