IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| **CORY MCCRAW**, <br><br> Plaintiff, <br><br> v. <br><br> **DAS LOGISTICS TRANSPORT, LLC and GERALD CONROY BOYD**, <br><br> Defendants. | § § § § § § § § § § § § CIVIL ACTION NO. 5:23-CV-1-RWS-JBB |

## ORDER

Before the Court is Defendants DAS Logistics Transport LLC and Gerald Conroy Boyd's Agreed Motion to Dismiss with Prejudice. Docket No. 39. In the agreed motion, Defendants stipulate that all matters in the controversy between Plaintiff and Defendants have been resolved and there are no remaining issues requiring further proceedings before the Court.[1] As such, Plaintiff seeks to dismiss all claims against Defendants with prejudice. *Id.* Any and all taxable costs of court shall be taxed against the party incurring the same. *Id.* The Court, having reviewed the agreed motion, finds that it should be **GRANTED**. Accordingly, it is

**ORDERED** that the agreed motion (Docket No. 39) is accepted by the Court and that the above-captioned case is **DISMISSED WITH PREJUDICE**. Any and all taxable costs of court shall be taxed against the party incurring the same. It is further

---

[1] Plaintiff Cory McCraw filed a Third Case Status Report on the same day Defendants filed the Agreed Motion to Dismiss. Docket No. 38. Plaintiff confirmed that "there does not appear to be any remaining issues for the Court to resolve in this matter," including the attorney fee lien issue with Plaintiff's prior counsel. *Id.* at 2. Plaintiff's current counsel paid the full amount of the lien to Plaintiff's prior counsel. *Id.* Accordingly, the case "should be dismissed from the Court's docket." *Id.* at 3.

**ORDERED** that any pending motions are **DENIED-AS-MOOT**.

The Clerk of Court is directed to close the case.

**So ORDERED and SIGNED this 31st day of October, 2023.**

                                                ROBERT W. SCHROEDER III
                                                UNITED STATES DISTRICT JUDGE